## MOORE and Others *v.* THE STATE.

APPEAL from the *Franklin* Common Pleas.

FRAZER, J.—This was a suit upon a forfeited recognizance, conditioned for the appearance of *Moore* to answer to an information for a misdemeanor. The general denial was pleaded, and a demurrer was sustained to it, and this is assigned for error. There must be a reversal.

The judgment is reversed, and the cause remanded with directions to overrule the demurrer.

*H. C. Hanna,* for appellant.

*D. E. Williamson,* Attorney General, for the State.